# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**100**
**CAF 15-02028**
PRESENT: CENTRA, J.P., LINDLEY, NEMOYER, CURRAN, AND TROUTMAN, JJ.

---

IN THE MATTER OF ANDREA L. CROCE,
PETITIONER-RESPONDENT,

V                                                                    ORDER

NICHOLAS J. DESANTIS, RESPONDENT-APPELLANT.

---

THE LAW OFFICES OF MATTHEW ALBERT, ESQ., BUFFALO (MATTHEW A. ALBERT OF COUNSEL), FOR RESPONDENT-APPELLANT.

CHARLES A. MESSINA, BLASDELL, FOR PETITIONER-RESPONDENT.

JENNIFER M. LORENZ, ATTORNEY FOR THE CHILD, LANCASTER.

---

Appeal from an order of the Family Court, Erie County (Tracey A. Kassman, R.), entered August 13, 2015 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted the petition of petitioner for leave to relocate with the child to Columbus, Ohio.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  February 3, 2017                          Frances E. Cafarell
                                                    Clerk of the Court